IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAWN J. WILLIAMS,<br>　　　　Petitioner | : No. 4:23-CV-0421<br>:<br>: (Judge Munley) |
| v. | : |
| WARDEN ARMEL,<br>　　　　Respondent | : |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Rashawn J. Williams' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Williams has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this court's procedural rulings are correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

Date: 11/5/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court